UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH GWATNEY a/k/a
DAWSON COLEMAN,

                          Plaintiff,

-against-

CITY OF NEW YORK; CHRIS CAPRERI,
Police Officer #23060 and KARK
ROSENTHAL, Police Officer #1530,

                          Defendants.
-------------------------------------------------------------X

JUDGMENT
03-CV-4921 (DLI)

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

     A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 27, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated January 27, 2006, denying plaintiff's motions for an injunction and to amend the complaint; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that plaintiff's motions for an injunction and to amend the complaint are denied.

Dated: Brooklyn, New York
         March 28, 2006

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court